UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARRIN GRUENBERG,

    Plaintiff,

v.                                                                                                  Case No. 09-C-455

CAPT. GEMPELER, et al.,

    Defendants.

**MEMORANDUM AND ORDER**

Plaintiff Gruenberg, who is proceeding pro se, has filed a number of motions and/or requests. First, he asks that the court order his prison to allow him to use release account funds to make photocopies, and he "demands" that the court answer his motion. Federal courts have no business or jurisdiction issuing orders to prisons as to how they manage their inmates' funds. The exception is for payment of an initial partial filing fee (a previous motion to that effect is now moot), but other than that courts will have no grounds to insert themselves into prisoners' finances. Accordingly, the request will be denied. The Plaintiff now admits that he should have made a copy of his complaint before filing it, but that is not a matter this Court can remedy. The *in forma pauperis* statute itself does not authorize issuance of free copies for civil cases, and no other authority exists for a judge to spend the taxpayers' money on such matters.

Plaintiff has also filed a motion for appointment of counsel. That motion will be denied without prejudice. Although Plaintiff states that he labors under certain mental impairments, he has demonstrated an ability to petition this court for redress of his grievances. Moreover, his case turns

on the conditions of confinement he experienced. That will not require extensive discovery, as he is the principal witness to those conditions. If it appears that counsel would be required to ensure due process in the future, the Court may revisit the matter at such time.

Finally, Plaintiff has filed a motion for a protective order directing the Defendants to maintain certain records. This motion will also be denied. The Plaintiff describes the motion as "precautionary," and thus there is no evidence that any relevant records are in danger of being destroyed or lost.

In sum, all pending motions are **DENIED**.

**SO ORDERED** this   24th   day of August, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge